**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REAL ADVANTAGE TITLE INSURANCE COMPANY et al., | Case No. 2:23-cv-07584-MCS-PD |
| Plaintiffs, | |
| v. | **PARTIAL FINAL JUDGMENT** |
| UNITED STATES OF AMERICA et al., | |
| Defendants. | |

1

The Court conducted a two-day bench trial, on October 21, 2025, and on December 8, 2025, on the quiet title claim brought by Plaintiffs Real Advantage Title Insurance Company ("RATIC") and Orange Coast Title Company of Southern California ("OCTC") (collectively "Plaintiffs") against Defendants United States of America and the Department of Housing and Urban Development ("HUD"). Day 1 Mins., ECF No. 146; Day 2 Mins., ECF No. 160.[1]

Pursuant to the Court's order, the parties submitted post-trial briefs, and proposed findings of fact and conclusions of law. Pls.' Br., ECF No. 169; Pls.' Proposed Findings of Fact & Conclusions of Law, ECF No. 168-1; Defs.' Br., ECF No. 166; Defs.' Proposed Findings of Fact & Conclusions of Law, ECF No. 167-1. The Court has considered all the testimony, evidence, and argument presented at the trial and arguments presented in the parties' briefs.

On April 7, 2026, the Court entered a Bench Verdict that found in favor of the United States and HUD and against Plaintiffs on the quiet title claim. ECF No. 171. Pursuant to and consistent with the Bench Verdict dated April 7, 2026 (ECF No. 171), and finding no just reason for delay, pursuant to Fed. R. Civ. P. 54(b),[2] it is hereby ordered, adjudged, and decreed the FOLLOWING:

1.    That partial judgment in this matter is entered in favor of Defendants United States of America and the Department of Housing and Urban Development, and against Plaintiffs Real Advantage Title Insurance Company and Orange Coast Title

---

[1] Plaintiffs also assert claims against Defendants NOVAD Management Consulting, LLC, and Mortgage Lender Services, Inc. ("MLS"). The Clerk has entered default against NOVAD, (ECF No. 39), and the case is stayed as to MLS, (ECF No. 24).

**[2] Plaintiffs anticipate filing a motion under Federal Rule of Civil Procedure 59 to amend the Court's findings of fact on conclusions of law. (Status Rep. 2, ECF No. 173.) Because the deadline to file a Rule 59 motion is "28 days *after* the entry of judgment," Fed. R. Civ. P. 59(b) (emphasis added), Plaintiffs' anticipated motion does not present a just reason for delaying entry of partial judgment as to the quiet title claim against the United States and HUD.**

Company of Southern California. Plaintiffs shall take nothing from their action against Defendants United States of America and HUD.

2.      The Property at issue is commonly known as 3338 Perlita Avenue, Los Angeles, California 90039, with Assessor's Parcel Number 5436-017-005 (the "Property"). The legal description of the Property is as follows:

LOT 7 IN BLOCK "I" OF TRACT NO. 1723, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21, PAGES 134 AND 135 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

3.      Based on the findings in the Bench Verdict in favor of the United States and HUD on the quiet title claim, the Court now decrees that the Deed of Trust encumbering the Property recorded on April 30, 2009, as document number 20090633804 in the Official Records of the Recorder's Office of Los Angeles County, California, is valid with full legal effect.

4.      Based on the findings in the Bench Verdict in favor of the United States and HUD on the quiet title claim, HUD's Corporation Assignment of Deed of Trust ("first deed of trust") recorded against the Property on July 30, 2015, as document number 20151141400 in the Official Records of the Recorder's Office of Los Angeles County, California, is valid with full legal effect.

5.      Based on the findings in the Bench Verdict in favor of the United States and HUD on the quiet title claim, HUD's Deed of Trust ("second deed of trust") recorded against the Property on April 30, 2009, as document number 2009633805 in the Official Records of the Recorder's Office of Los Angeles County, California, is valid with full legal effect.

6.      Plaintiff's Second Amended Complaint is dismissed *with* prejudice each against Defendants United States of America and HUD. ECF No. 84.

3

7.     Defendants United States of America and HUD are each entitled to their costs incurred herein.

**IT IS SO ORDERED.**

Dated: April 23, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

4