**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAL ADVANTAGE TITLE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | No. 2:23-cv-7584-MCS-PD<br><br>**FINAL JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## I. Pertinent Procedural History

On September 8, 2023, Plaintiffs Real Advantage Title Insurance Company ("RATIC") and Orange Coast Title Company of Southern California ("OCTC") (collectively "Plaintiffs") filed their Complaint in the Los Angeles Superior Court against Defendants United States of America (the "United States"), the Department of Housing and Urban Development ("HUD"), Novad Management Consulting, LLC ("NOVAD") and Mortgage Lender Services, Inc. ("MLS") (collectively, "Defendants"), and the action was subsequently removed to the Central District of California. Dkt. 1 (Notice of Removal). The action involves claims to quiet title to the subject real property, which was encumbered by a certain Deed of Trust. *See* Dkt. 23 at ¶¶ 1-3 (Stipulation); Dkt. 84 (operative Second Amended Complaint).

On December 4, 2023, Defendant NOVAD's default was entered. Dkt. 20.

On December 21, 2023, pursuant to a Stipulation of the parties (Dkt. 23), the Court entered an Order that "the litigation is stayed as to Defendant [MLS]. MLS need not participate further in this Action and will be bound by whatever non-monetary Order or Judgment that this Court issues with regard to the Deed of Trust which is the subject of this Action." Dkt. 24 (Order).

Following a subsequent two-day bench trial, (Dkts. 146, 160), the Court issued a bench verdict, (Dkt. 171), resulting in a Partial Final Judgment on the quiet title claims in favor of Defendant United States and HUD and against Plaintiffs. Dkt. 175. The Partial Final Judgment holds that the subject Deed of Trust "is valid with full legal effect." Dkt. 175 at ¶ 5.

On August 4, 2026, Plaintiffs voluntarily dismissed their claims against NOVAD. Dkt. 185.

On August 5, 2026, the Court issued an order "direct[ing] Plaintiffs and MLS to meet and confer and, within seven days of entry of this Order, submit a proposed final judgment that is consistent with the partial judgment and resolves Plaintiffs' claims against MLS." Dkt. 186. Plaintiffs and MLS timely complied.

**FINAL JUDGMENT**

1. Pursuant to the Partial Final Judgment (Dkt. 175) and the subsequent Order (Dkt. 186), Final Judgment in this matter is entered in favor of Defendants United States, HUD and MLS, and against Plaintiffs. Plaintiffs shall take nothing from their action against Defendants United States, HUD, and MLS.

2. Plaintiffs' operative Second Amended Complaint is dismissed *with* prejudice each against Defendants United States, HUD, and MLS. ECF No. 84.

3. The Property at issue is commonly known as 3338 Perlita Ave, Los Angeles, California 90039 with Assessor's Parcel Number 5436-017-005 (the "Property"). The legal description of the Property is as follows:

> LOT 7 IN BLOCK "I" OF TRACT NO. 1723, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21, PAGES 134 AND 135 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

4. Based on the findings in the Bench Verdict and pursuant to the Partial Final Judgment, the Court now decrees that the following recorded instruments are valid with full legal effect:

   a. the Deed of Trust encumbering the Property recorded on April 30, 2009, as document number 20090633804 in the Official Records of the Recorder's Office of Los Angeles County, California;

   b. HUD's Corporation Assignment of Deed of Trust ("first deed of trust") recorded against the Property on July 30, 2015, as document number 20151141400 in the Official Records of the Recorder's Office of Los Angeles County, California; and

/ / /

/ / /

/ / /

c. HUD's Deed of Trust ("second deed of trust") recorded against the Property on April 30, 2009, as document number 2009633805 in the Official Records of the Recorder's Office of Los Angeles County, California.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: August 14, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE